M. Anthony Sasser [ISB No. 6071]
SASSER LAW OFFICE
110 S. 8th Avenue
Pocatello, Idaho 83201
Telephone: (208) 904-2727
Facsimile: 1-866-559-7606
Email: sasserlawoffice@gmail.com

*Attorney for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASHLYNN PATTERSON, | Case No. 4:25-cv-00123-REP |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE** |
| vs. | |
| IDAHO DEPARTMENT OF HEALTH AND WELFARE, an executive department of the STATE OF IDAHO, the IDAHO DEPARTMENT OF JUVENILE CORRECTIONS, an executive department of the STATE OF IDAHO, the IDAHO BUREAU OF PROBATION AND PAROLE, an executive department of the STATE OF IDAHO, EAST IDAHO YOUTH HOMES, LLC, MAXIE NATHANIEL RIDDLE, and DOES 1-10, inclusive, | |
| Defendants. | |

COMES NOW the Plaintiff in this action and gives notice to all parties of Plaintiff's voluntary dismissal of the Complaint in this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41.

**NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE - 1**

DATED this 6th day of April, 2025.

                SASSER LAW OFFICE

                By __/s/ Anthony Sasser_____
                   M. ANTHONY SASSER
                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2025, I caused to be served a true and correct copy of the foregoing by ECF and addressed to the following:

Brian V. Church
brian.church@ag.idaho.gov

                _/s/ Anthony Sasser_____
                M. ANTHONY SASSER

**NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE - 2**